NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**MITILE LTD.,**
*Plaintiff-Appellant,*

**v.**

**HASBRO, INC.,**
*Defendant-Cross Appellant.*

———————————

2014-1127, -1158

———————————

Appeals from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00451-GBL-TCB, Judge Gerald Bruce Lee.

———————————

**ON MOTION**

———————————

**O R D E R**

William H. Mandir, John F. Rabena, Chandran B. Iyer, Eric S. Barr, Azadeh S. Kokabi, and Margaret Walsh move to withdraw as counsel of record for MiTile, Ltd.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                          MITILE LTD. v. HASBRO, INC.


FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court


s21