# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1127

**MITILE LTD.,**

*Plaintiff – Appellant,*

v.

**HASBRO, INC.,**

*Defendant – Appellee.*

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:13-cv-00451-GBL-TCB, Judge Gerald Bruce Lee.

## **MANDATE**

In accordance with the judgment of this Court, entered April 3, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, Eastern District of Virginia (Alexandria)
Norman Andrew Crain
Mark Goracke
Dan Robert Gresham
Joshua C. Krumholz
Jacob W. S. Schneider
Christopher M. Scott